Lewis Roca Rothgerber Christie LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Nicholas S. Bauman** (State Bar No. 032263)
Direct Dial: 602.262.5746
Email: NBauman@lewisroca.com

*Attorneys for Hyundai Capital America*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret Adusei, | No. 2:22-cv-01712-DJH |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Kia Motors America, Inc. | |
| Defendant. | |

Defendant Hyundai Capital America, d/b/a Kia Motors America ("HCA") by counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, makes the following disclosure:

HCA is a California corporation. Approximately 80% of HCA's stock is held by Hyundai Motor America, also a California corporation and a wholly-owned subsidiary of Hyundai Motor Company ("HMC"), a corporation organized under the laws of the Republic of Korea. HMC's stock is publicly traded on the Korea Stock Exchange. The remainder of Defendant's stock is held by Kia Motors America, Inc. ("KMA"), a California corporation. KMA is a wholly-owned subsidiary of Kia Motors Corporation ("KMC"), a corporation organized under the laws of the Republic of Korea. KMC's stock is publicly traded on the Korea Stock Exchange.

119117541.1

DATED this 10th day of October, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Nicholas S. Bauman*
　　　Nicholas S. Bauman
Attorneys for Hyundai Capital America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October, 2022, I filed the foregoing electronically through the CM/ECF system, which provided notice to the following:

Margaret Adusei
547 E. 10th Ave., Apt. 21
Apache Junction, Arizona  85119
Email: mar2264998@gmail.com
*Pro Per*


/s/ *Patty Vejar*