Lewis Roca Rothgerber Christie LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Nicholas S. Bauman** (State Bar No. 032263)
Direct Dial: 602.262.5746
Email: NBauman@lewisroca.com

*Attorneys for Hyundai Capital America*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret Adusei,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Kia Motors America, Inc.<br><br>　　　　　Defendant. | No. 2:22-cv-01712-DJH<br><br>**DEFENDANT HYUNDAI CAPITAL AMERICA'S NOTICE OF ERRATA RE SERVICE OF COMPLAINT AND REMOVAL** |

　　　　Defendant, Hyundai Capital America, d/b/a Kia Motors Finance ("HCA"), hereby gives notice that Defendant's Notice of Removal filed on October 6, 2022 at DE 1 should have stated that HCA was served with a Summons on October 4, 2022, not on September 22, 2022.

　　　　DATED this 13th day of October, 2022.

　　　　　　　　　　　　　　　　　　LEWIS ROCA ROTHGERBER CHRISTIE LLP


　　　　　　　　　　　　　　　　　　By: */s/ Nicholas S. Bauman*
　　　　　　　　　　　　　　　　　　　　Nicholas S. Bauman
　　　　　　　　　　　　　　　　　　Attorneys for Hyundai Capital America

119153218.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of October, 2022, I filed the foregoing electronically through the CM/ECF system, which provided notice to the following:

Margaret Adusei
547 E. 10th Ave., Apt. 21
Apache Junction, Arizona  85119
Email: mar2264998@gmail.com
*Pro Per*

/s/ *Patty Vejar*

119153218.1

- 2 -